<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7154

TERRY ALONZA MILBOURNE, SR.,

Plaintiff - Appellant,

versus

JOHN WELCH, Warden; CORPORAL KELLEM,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William M. Nickerson, District Judge. (CA-98-2205-WMN)

Submitted:  October 20, 1998          Decided:  November 4, 1998

Before WILKINS and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Terry Alonza Milbourne, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terry Alonza Milbourne, Sr., appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint without prejudice. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Milbourne v. Welch</u>, No. CA-98-2205-WMN (D. Md. July 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2